UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 OCT 26  P 6:54

RALPH ORTIZ                          :

     v.                               :       CASE NO. 3:01CV1507 (AWT)

WARDEN GOMEZ, ET AL.                 :


### NOTICE TO COUNSEL
### PURSUANT TO LOCAL RULE 41(b)

The above-entitled case was reported to the Court on
October 14, 2004 to be settled.  Under Local Rule 41(b), a
matter reported settled is to be dismissed if closing papers
are not filed within (30) days thereafter.

Accordingly, an order of dismissal will be entered on
November 15, 2004, unless closing papers are filed on or before
that date, or unless counsel reports prior to that date that the
case is not in fact to be settled.

The parties are notified herein that all pending motions,
(if any), are hereby denied, without prejudice to reopening.  In
the event that settlement has not been consummated, such motions
that have been denied without prejudice may be renewed before
this Court by filing a notice that they are again ripe for
decision.  If and when such a notice is filed, the parties shall
notify Chambers in writing for the purpose of scheduling a
status conference to set a final pretrial scheduling order for
the completion of discovery and the filing of dispositive
motions.

-2-

It is so ordered.

Dated at Hartford, Connecticut this 26th day of November, 2004.

KEVIN F. ROWE, CLERK

By: _Sandy Smith_____

Sandy Smith
Deputy Clerk