FILED

2004 NOV 12  A 11: 43

UNITED STATES DISTRICT COURT
HARTFORD, CT.

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RALPH ORTIZ | : | |
| | : | CIVIL NO. 3:01CV1507 (AWT) |
| V. | : | |
| | : | |
| WARDEN GOMEZ, ET AL. | : | OCTOBER 29, 2004 |

## MOTION FOR ORDER OF DISMISSAL

Pursuant to the provisions of Rule 41(a)(2) of the Federal Rules of Civil Procedure, the plaintiff, Ralph Ortiz, hereby moves for the dismissal of the above captioned lawsuit, with prejudice. The plaintiff further respectfully requests that the provisions of the attached Stipulation of Settlement be incorporated herein consistent with <u>Kokkonen v. Guardian Life Insurance Co. of America</u>, 511 U.S. 375, 114 S.Ct. 1673, 128 L.Ed.2d 391 (1994).

PLAINTIFF
Ralph Ortiz

BY HIS ATTORNEY

BY: _____
Frank P. Cannatelli Esq.
Federal Bar No. ct04394
88 Main Street  545 three tre
Ansonia, CT 06401  Suite B, Shelton, ct.
Tel: (203) 924-6984  06484.
Fax: (203) 924-9257
e-mail: cannatellilaw@aol.com

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent to the following on this _6ᵗʰ_ day

of ___Nov.___ 2004:

      Madeline A. Melchionne
      Assistant Attorney General
      Office of the Attorney General
      110 Sherman Street
      Hartford, CT  06105

_____
Frank Cannatelli, Esq.