FILED

2004 NOV 12 A II: 43

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RALPH ORTIZ | : | |
| | : | CIVIL NO. 3:01CV1507 (AWT) |
| V. | : | |
| | : | |
| WARDEN GOMEZ, ET AL. | : | OCTOBER 29, 2004 |

## MOTION FOR ORDER OF DISMISSAL

Pursuant to the provisions of Rule 41(a)(2) of the Federal Rules of Civil Procedure, the plaintiff, Ralph Ortiz, hereby moves for the dismissal of the above captioned lawsuit, with prejudice. The plaintiff further respectfully requests that the provisions of the attached Stipulation of Settlement be incorporated herein consistent with Kokkonen v. Guardian Life Insurance Co. of America, 511 U.S. 375, 114 S.Ct. 1673, 128 L.Ed.2d 391 (1994).

PLAINTIFF
Ralph Ortiz

BY HIS ATTORNEY

BY: _____
Frank P. Canatelli, Esq.
Federal Bar No. ct04394
~~88 Main Street~~  545 Howe Ave
~~Ansonia, CT~~ 06401  Suite B, Shelton, CT
Tel: (203) 924-6984       06484
Fax: (203) 924-9267
e-mail: cannatellilaw@aol.com

FILED
2004 NOV 30 P 3:23
U.S. DISTRICT COURT
HARTFORD, CT.

APPROVED and SO ORDERED. The Clerk shall docket the stipulated settlement referred to in this motion separately because it was not attached to the original motion prior to docketing. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT 11/29/04