FILED

UNITED STATES DISTRICT COURT

2004 NOV 30  P 3: 23

DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| RALPH ORTIZ | : | PRISONER |
| | : | CIVIL NO. 3:01CV1507(AWT) |
| V. | : | |
| | : | |
| WARDEN GOMEZ, ET AL. | : | OCTOBER 29, 2004 |

### STIPULATED SETTLEMENT

**WHEREAS**, the above-captioned 42 U.S.C. § 1983 action was brought by Ralph Ortiz, as plaintiff, against the defendants, Warden Giovanny Gomez, Major James Foley, Captain Robert Scholtz, Captain Ed Myers, Lieutenant Kevin Cowser, Correctional Officer Thomas Harden, Lieutenant Kevin Gause, Major John Lahda, Counselor Michael Rieves, Major Ray Rivera, Correctional Officer Raliy, Commissioner John Armstrong, Counselor Kim Sharpe, Correctional Officer Robert Farmer, Correctional Officer Rudy Paul, Correctional Officer Ronald Wilson, Disciplinary Hearing Officer Cuevaz and Captain Luis Irizarry, alleging violations of his constitutional rights while confined to the custody of the Commissioner of Correction.

**WHEREAS**, the plaintiff, represented by Attorney Frank Cannatelli, and the defendants, represented by Assistant Attorney General Madeline A. Melchionne, agree that settlement of all the issues raised by the above-captioned action, would best serve the interest of the parties; and

**WHEREAS**, said parties have attested, and by affixing their signatures hereto, do hereby acknowledge that they voluntarily consent to this Stipulated Settlement as their free act and deed, without undue influence, coercion or duress, and expressly agree to be bound hereby;

**NOW, THEREFORE**, without further proceedings or adjudications of any of the issues of fact or law raised by the disputed claim(s) herein, the parties stipulate and agree as follows:

1. The plaintiff shall immediately, and with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, move for an order of dismissal of this lawsuit, and shall execute the Release of Liability which is attached hereto as Exhibit A.

2. Upon dismissal of this lawsuit pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure as described above, and upon receipt of the signed Release of Liability, the State of Connecticut shall, within thirty (30) days, or as soon thereafter as practicable, pay to the plaintiff the sum of One Thousand Dollars ($1,000.00) through a check made payable to Attorney Frank Cannatelli, Trustee for: Ralph Ortiz.

3. The parties understand and agree that the payment of the aforesaid sum is not intended to constitute, nor shall it be regarded as, an admission of liability on the part of the State of Connecticut, the Office of the Attorney General, the Department of Correction, or any of their present or former officers, agents or employees, including the named defendants. Rather, this stipulation between the parties constitutes a compromise settlement of the matters stated in this claim for the sole purpose of avoiding further expense and inconvenience to both parties in pursuing or defending this matter as might otherwise be required.

4. The parties agree that none of the monies paid as settlement of this matter shall be recoverable by the State of Connecticut for its costs of incarceration of the plaintiff and that the State is not waiving any lien it has to otherwise collect monies owed by Ralph Ortiz for his cost of incarceration.

5.      The parties expressly acknowledge that this Stipulation of Settlement is intended to, and shall, constitute full and final settlement of all claims and/or rights of action which have arisen, or may in the future arise, out of any of the circumstances which are the subject of this lawsuit and any and all claims which may be brought pursuant to the Connecticut Constitution, Connecticut General Statutes and such claims as may be cognizable under Title 42 U.S.C. § 1983 for alleged violations of the plaintiff's federal civil rights.  In furtherance thereof, the undersigned plaintiff does now and forever release the defendants, Warden Giovanny Gomez, Major James Foley, Captain Robert Scholtz, Captain Ed Myers, Lieutenant Kevin Cowser, Correctional Officer Thomas Harden, Lieutenant Kevin Gause, Major John Lahda, Counselor Michael Rieves, Major Ray Rivera, Correctional Officer Raliy, Commissioner John Armstrong, Counselor Kim Sharper, Correctional Officer Robert Farmer, Correctional Officer Rudy Paul, Correctional Officer Ronald Wilson, Disciplinary Hearing Officer Cuevaz and Captain Luis Irizarry and the State of Connecticut, its agencies, departments and commissions, and all of their present or former officers, agents and employees from any and all further liability whatsoever in connection with the circumstances surrounding the above-captioned lawsuit in accordance with the duly executed Release of Liability which is attached hereto as Exhibit A.

6.      The parties agree that the terms and conditions of this Stipulation of Settlement shall be incorporated into the motion for order of dismissal referred to in paragraph 1 above, and that the United States District Court for the District of Connecticut may retain jurisdiction over this matter for the purpose of ensuring that all of the terms and conditions of this agreement are carried out as set forth herein.

7. The parties further agree that the settlement terms and conditions described herein represent the entire agreement of the parties concerning the settlement of this lawsuit with respect to the defendants listed herein, and that the respective parties will each bear their own costs, fees and expenses, and that any attorney's fees which may be owed by the plaintiff will be paid out of the settlement amount and not in addition thereto.

PLAINTIFF
Ralph Ortiz

Date: 11-6-04

BY: _____
Frank Cannatelli, Esq.
~~88 Main Street~~ 545 Howe Ave - Unit B
~~Ansonia, CT 06401~~ Shelton, CT 06484

DEFENDANTS
Warden Gomez, et al.

Date: 11/26/04

BY: _____
Madeline A. Melchionne
Assistant Attorney General
Federal Bar No. 02029
110 Sherman Street
Hartford, CT 06105
Tel: (860) 808-5450
Fax: (860) 808-5591
E-mail: madeline.melchionne@po.state.ct.us

4

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 26th day of November 2004:

Frank Cannatelli, Esq.
545 How Street, Suite B
Shelton, CT 06484

_____
Madeline A. Melchionne
Assistant Attorney General

4